**E-FILED**
Wednesday, 20 July, 2005  04:07:26 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
## *Central District of Illinois*

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: ) |
| WORTH CUTTING, INC., | ) ) |
| Defendant. | ) |

**TO:** (Name and Address of Defendant)   **Ms. Laura Worth**
                                           **Worth Cutting, Inc.**
                                           **19651 E. Chelsea Way**
                                           **Bloomington, IL 61704**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address):

**David W. Stuckel, Esq.**
**Harvey & Stuckel, Chtd.**
**331 Fulton Street, Suite 900**
**Peoria, Illinois 61602**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____     _____
**CLERK**                        **DATE**


_____
**BY DEPUTY CLERK**

F:\Tammy\ERISA\16122L\Summons.wpd.wpd