# AFFIDAVIT OF SERVICE

In the <u>United States District Court - Central District of Illinois</u>
(Name of Court)

<u>Annuity Plan of the International Union of Operating Engineers Local No. 649</u> vs <u>Worth Cutting, Inc.</u>  <u>05-1206</u>
(Plaintiff/Petitioner)      (Defendant/Respondent)      (Case #)

I, Marcella Teplitz, being first duly sworn, state that I am a citizen of the United States, over the age of 18, not a party to this action, a resident and Licensed Private Detective in the State of Illinois,

* That I served: <u>Worth Cutting, Inc. - Ms. Laura Worth</u>
* With Documents: <u>Summons and Complaint</u>
* By serving: <u>Laura Worth</u>
* Location of Service: <u>19651 E. Chelsea Way, Bloomington, Illinois</u>
* Date & Time of Service: <u>8-3-05  4:25 PM</u>
* Manner of Service: <u>Personal</u>
  Thereafter copies of the documents were mailed by pre-paid, first class mail on _____ from _____ _____ .   _____
       (City)      (State)         (Date)

* Description of defendant at time of service: Approx. Age: <u>35 yrs</u> Sex: <u>F</u> Race: <u>W</u>
* Comments: _____

_Marcella Teplitz_     8/3/05
Signature              Date
License No. 115-001022

STATE OF ILLINOIS
                ss.
COUNTY OF PEORIA

Signed and sworn to before me this <u>4th</u> day of <u>August</u>, 2005.

_Beverly Walker_
NOTARY PUBLIC

"OFFICIAL SEAL"
BEVERLY J. WALKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-09-2008