## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 05-1206<br>) |
| WORTH CUTTING, INC., | )<br>) |
| Defendant. | ) |

# MOTION FOR DEFAULT AND ENTRY OF JUDGMENT

NOW COMES the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, by its attorney, David W. Stuckel, and moves that the Court find the Defendant, **Worth Cutting, Inc.**, in default on the Complaint of the Plaintiff and in support thereof, states the following:

1.  By return of service made by Marcella Teplitz of Teplitz & Co., or a duly authorized agent, a copy of the Summons and Complaint was served upon an agent of the Defendant on August 3, 2005.

2.  More than twenty (20) days has elapsed since service was effected upon the Defendant and no pleading, defense or other appearance has been made by the Defendant in this cause.

3.  The Defendant stands in default and the Court may enter an Order of Default and Entry of Judgment in favor of the Plaintiff and against the Defendant.

WHEREFORE, the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, prays as follows:

A. That the Court enter a Default against the Defendant, **Worth Cutting, Inc.**, and in favor of the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**.

B. That pursuant to said Default, the Clerk enter Judgment in favor of Plaintiff and against Defendant as follows:

1. Judgment in the amount of Three Thousand Eight Hundred Fifty-Nine and 25/100 Dollars ($3,859.25) for late payment or nonpayment of contributions and liquidated damages for the months of May 2004 through September 2004 thereon; and

2. An Order requiring payment of Plaintiff's reasonable attorneys' fees and costs incurred in the prosecution of this action in the amount of Nine Hundred Twenty-Two and 50/100 Dollars ($922.50), as is further set forth in the Affidavit of Counsel attached hereto as Exhibit "1".

          **Annuity plan of the International Union of Operating Engineers Local 649**, Plaintiff

          By:   s/ David W. Stuckel
               DAVID W. STUCKEL

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900
Facsimile: (309) 671-5473

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 05-1206<br>) |
| WORTH CUTTING, INC., | )<br>)<br>) |
| Defendant. | ) |

## AFFIDAVIT OF DAVID W. STUCKEL

Now comes the Affiant, **David W. Stuckel**, attorney of record for the Plaintiff herein, and having first been duly sworn on his oath, says and deposes as follows:

1. This Affidavit is made in support of a request for attorney's fees and costs in favor the Plaintiff and against the Defendant herein.

2. The Defendant was not in military service on the date he was served with the Summons and Complaint in the captioned matter, and I am aware of no facts which would lead me to believe that the Defendant has entered the military service since that date. Further, I am aware of no facts which would lead me to believe that the Defendant is an infant or that the Defendant is incompetent.

3. Attached hereto is an itemized statement of Plaintiff's counsel's fees and costs incurred in the prosecution of this suit.

**Exhibit 1**

4. I certify that the bill attached represents hours of time worked by Plaintiff's counsel in this cause and that the statement of costs is an accurate statement of the monies expended in the pursuit of this lawsuit.

5. The amounts shown as attorney's fees are based on the number of hours worked at One Hundred Sixty Dollars ($160.00) per hour in 2004 and One Hundred Sixty Five Dollars ($165.00) per hour in 2005, which is the fee customarily charged by this firm to the Plaintiff for collection work pursuant to the provisions of the Employee Retirement Income Security Act of 1974, as amended.

**FURTHER AFFIANT SAYETH NOT.**

                     s/ David W. Stuckel
                     DAVID W. STUCKEL

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF PEORIA | ) |

I, **David W. Stuckel**, after first being duly sworn, upon oath, state and depose that I am the Affiant who signed the foregoing Affidavit; that I have read and understand same; and that I believe the same to be true and correct to the best of my memory, knowledge and ability.

                     s/ David W. Stuckel
                     DAVID W. STUCKEL

Subscribed and Sworn to before me this 29th day of August, 2005.

                     s/ Tammy Lynn Fortier
                     NOTARY PUBLIC

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, IL  61602
Telephone:  (309) 671-4900

OFFICIAL SEAL
TAMMY LYNN FORTIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/09

Re: Annuity Plan of the International Union of Operating Engineers Local No. 649 v. Worth Cutting, Inc.
Case No. 05-1206
Our File No. 16122L

### STATEMENT FOR SERVICES RENDERED

| Date | Description | HOURS |
|---|---|---|
| 09/14/04 | Letter to Defendant | .30 |
| 10/01/04 | Letter to Fund | .30 |
| 10/07/04 | Letter to Defendant | .30 |
| | **Total Hours:** | **0.90** |
| | 0.90 hours @ $160.00:   $144.00 | |
| 03/17/05 | Letter to Defendant | .30 |
| 04/18/05 | Letter to Defendant | .30 |
| 06/20/05 | Conference with Fund office | .30 |
| 06/20/05 | Review all reports and correspondence; prepare letter to Defendant | .50 |
| 08/29/05 | Preparation of Motion and Order of Default | 1.00 |
| 08/29/05 | Preparation of Attorney's Affidavit | .50 |
| | **Total Hours:** | **2.90** |
| | 2.90 hours @ $165.00:   $478.50 | |

**TOTAL HOURS:**                                         **$622.50**

**COSTS ADVANCED:**
Clerk, USDC                                                    $250.00
Teplitz & Co.                                                    50.00

**TOTAL COSTS:**                                          **$300.00**

**TOTAL DUE AND OWING:**                           **$922.50**