E-FILED
Monday, 29 August, 2005  02:44:59 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 05-1206 |
| WORTH CUTTING, INC., | )<br>)<br>) |
| Defendant. | ) |

## ORDER

On Motion of Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, for entry of an Order of Default and Judgment, it appearing to the Court that Defendant has not pled or otherwise appeared following service of the Summons and Complaint in the captioned cause, the Court finds as follows:

1. By return of service made by Marcella Teplitz of Teplitz & Co., or a duly authorized agent, a copy of the Summons and Complaint was served upon an agent of the Defendant on August 3, 2005.

2. More than twenty (20) days has elapsed since service was effected upon the Defendant, and Defendant has not pled or otherwise appeared in this cause.

3. Defendant stands in default on the Complaint of the Plaintiff.

**IT IS HEREBY ORDERED:**

   A. An Order of Default is entered against the Defendant on the Plaintiff's Complaint for money damages.

   B. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of Three Thousand Eight Hundred Fifty-Nine and 25/100 Dollars ($3,859.25) as and for late payment or non payment of contributions and liquidated damages known to be due Plaintiff from Defendant for the months of May 2004 through September 2004.

   C. The Clerk is directed to enter judgment for Plaintiff's reasonable attorneys' fees and costs in the amount of Nine Hundred Twenty-Two and 50/100 Dollars ($922.50).

DATED:_____    _____
                     JUDGE