# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
SEP 13 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Annuity Plan of the International Union of
Operating Engineers Local #649

vs.

Case Number: 05-1206

Worth Cutting Inc

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of Plaintiff and against Defendant in sum of $3,859.25 for late payment or non payment of contributions & liquidated damages known due from May 2004 through September 2004 plus Attorneys' fees & costs in sum of $922.50.

ENTER this 13th day of September, 2005.

JOHN M. WATERS, CLERK

s/H. Kallister
BY: DEPUTY CLERK