IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 05-1206 |
| WORTH CUTTING, INC., | )<br>)<br>) |
| Defendant. | ) |

## CITATION TO DISCOVER ASSETS

TO:   Ms. Laura Worth, Worth Cutting, Inc., 19651 E. Chelsea Way, Bloomington, IL 61704

**YOU ARE COMMANDED** to appear before the Honorable John Gorman, at U.S. District Court, Courtroom C, Federal Building, 100 N.E. Monroe, Peoria, Illinois, at **10:00 a.m. on October 24, 2005,** to be examined under oath concerning the property or income of Worth Cutting, Inc., or indebtedness due Judgment Creditor/Plaintiff. Judgment was entered on September 13, 2005. $4,781.75 remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination the following:

Those documents listed on the attached sheet and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due Judgment Debtor/Defendant.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor/Defendant or to which he may be entitled or which may be acquired by or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

WITNESS, _____9-16_____ _____, 2005

s/John M. Waters
Clerk, United States District Court

By _____RK_____
(Deputy)

David W. Stuckel, Esq.
**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900

F:\Tammy\ERISA\16122L\CDA.wpd

Annuity Plan of the International Union of Operating Engineers Local No. 649 v. Worth Cutting, Inc.
Page 2
USDC No.: 05-1206

## RIDER TO CITATION TO DISCOVER ASSETS

YOU ARE COMMANDED to produce at the examination the following:

1. Federal and State income tax returns filed in 2004 and 2005 for Worth Cutting, Inc.

2. A list of all amounts owed to Worth Cutting, Inc. by anyone, including contracts or work in progress.

3. A list of all real estate owned in whole or in part by Worth Cutting, Inc., including the legal description of each such piece of real estate.

4. A copy of any loan application Worth Cutting, Inc. has filed with any bank, credit institution or other lender within 24 months prior to the date of this Citation to Discover Assets.

5. A list of all places in which Worth Cutting, Inc. maintains any bank account, including for each such one the account number, any brokerage account, including for each such one any account number or any identifying designation.

6. The name and address of any person who performs accounting, financial record keeping, or tax preparation for Worth Cutting, Inc.

F:\Tammy\ERISA\16122L\CDA.Rider.wpd