# AFFIDAVIT OF SERVICE

In the <u>United States District Court - Central District of Illinois-Peoria Division</u> *(Name of Court)*

<u>Annuity Plan of the International Union of Operating Engineers Local No. 649</u> vs <u>Worth Cutting, Inc.</u>    <u>05-1206</u>
(Plaintiff/Petitioner)    (Defendant/Respondent)    (Case #)

I, **Marcella Teplitz**, being first duly sworn, state that I am a citizen of the United States, over the age of 18, not a party to this action, a resident and Licensed Private Detective in the State of Illinois,

* That I served: <u>Worth Cutting, Inc.</u>

* With Documents: <u>Citation to Discover Assets</u>

* By serving: <u>Ms. Laura Worth</u>

* Location of Service: <u>19651 Chelsea Way, Bloomington, Illinois</u>

* Date & Time of Service: <u>9-24-05  3:40 PM</u>

* Manner of Service: <u>Personal</u>
    Thereafter copies of the documents were mailed by pre-paid, first class mail on _____
    from _____.    (Date)
          (City)    (State)

* Description of defendant at time of service: Approx. Age: <u>35 yrs</u>  Sex: <u>F</u>  Race: <u>W</u>

* Comments: _____

_Marcella Teplitz_    9/24/05
Signature    Date
License No. 115-001022

STATE OF ILLINOIS
                    ss.
COUNTY OF PEORIA

Signed and sworn to before me this
<u>26th</u> day of <u>September</u>, 2005.

_Beverly J. Walker_
NOTARY PUBLIC

"OFFICIAL SEAL"
BEVERLY J. WALKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-09-2008